UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ARNAUD VAN DER GRACHT DE ROMMERSWAEL, Individually and Derivatively on Behalf of RENT-A-CENTER, INC., | § § § § § | |
| Plaintiff, | § | Case No. 4:17-cv-00227-ALM-CMC |
| v. | § § | |
| MARK E. SPEESE, J.V. LENTELL, JEFFERY M. JACKSON, STEVEN L. PEPPER, MICHAEL J. GADE, LEONARD H. ROBERTS, RISHI GARG, ROBERT D. DAVIS, GUY J. CONSTANT, PAULA STERN, JPMORGAN CHASE BANK, N.A., and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., | § § § § § § § § § | |
| Defendants, | § | |
| -and- | § § | |
| RENT-A-CENTER, INC., a Delaware corporation, | § § § | |
| Nominal Defendant. | § § | |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Before the Court is plaintiff Arnaud van der Gracht de Rommerswael's ("Plaintiff") Motion for Voluntary Dismissal Without Prejudice ("Motion") (Dkt. No. 73). Having considered Plaintiff's Motion and noting Defendants do not oppose the motion, and good cause appearing therefor, the Court **ORDERS** as follows:

1. Plaintiff's Motion is **GRANTED**.

2. The above-captioned derivative action is dismissed without prejudice.

1

3. For the reasons stated in Plaintiff's Motion, notice of said dismissal to the shareholders of Rent-A-Center is not required.

4. In the event that Plaintiff's counsel submit an application for attorneys' fees based on the mootness doctrine, this Court shall retain jurisdiction to rule on any such motion.

5. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

**SIGNED this 13th day of August, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE